# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

## NO. 7:24-CR-87-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **ORDER** |
| **FLINT GREEN** | |

Upon consideration of the Motion for Revocation [D.E. 5], Flint Green's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of 18 months imprisonment, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on Green's admissions to Violation 2 and the Government's uncontested factual proffer as to Violation 1, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

Violation 1: Criminal Conduct
Violation 2: Leaving the judicial district without the permission of the court or probation officer

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 18 months, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 28th day of _____July_____, 2026.

_____
LOUISE W. FLANGAN
United States District Judge